✎AO 240A  (Rev. 1/94)

UNITED STATES DISTRICT COURT

_____ EASTERN _____ **District of** _____ CALIFORNIA _____

TONG MOUA,

        Plaintiff

      V.

COMMISSIONER of SOCIAL SECURITY,
        Defendant

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE       1:13-CV-00373-BAM

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X  GRANTED.

    X  The clerk is directed to file the complaint.

    X  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a
    copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff.  All
    costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

_____

_____

ENTER this  20TH  day of _____ March _____ , __2013__ .

_____
       /s/ Barbara A. McAuliffe
       Signature of Judicial Officer

BARBARA A. McAULIFFE, U.S. MAGISTRATE JUDGE
       Name and Title of Judicial Officer